■ SIAMAK KOHANOFF, Respondent, v THOMAS CALABRO, Appellant, et al., Defendants. [986 NYS2d 333]—

Judgment, Supreme Court, New York County (O. Peter Sherwood, J.), entered January 18, 2013, to the extent it awards plaintiff damages as against defendant Thomas Calabro, unanimously reversed, on the law, with costs, and the judgment vacated. The Clerk is directed to dismiss the complaint as against Calabro.

Plaintiff and defendants Bakhshi and Movtady agreed to extend the maturity dates of loans that defendant Calabro had agreed to guarantee, without obtaining Calabro's consent. Calabro is thus relieved of his obligation as a guarantor (*Bier Pension Plan Trust v Estate of Schneierson*, 74 NY2d 312, 315-316 [1989]). Concur—Tom, J.P., Moskowitz, DeGrasse, Richter and Kapnick, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIX GARCIA, Appellant. [986 NYS2d 334]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (A. Kirke Bartley, Jr., J.), rendered on or about June 1, 2011, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Moskowitz, DeGrasse, Richter and Kapnick, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISRAEL DAVILLA, Appellant. [986 NYS2d 334]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Renee A. White, J.), rendered on or about January 29, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., Friedman, Saxe, Manzanet-Daniels and Feinman, JJ.